AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location **NORTHERN DISTRICT OF CALIFORNIA** **OAKLAND DIVISION** |
| **OFFENSE CHARGED** 18 U.S.C. § 371 – Conspiracy to Defraud; 26 U.S.C. § 7206(1) – Filing False Returns; 26 U.S.C. § 7202 – Willful Failure to Collect or Pay Over Tax   ☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony  PENALTY: 18 U.S.C. § 371 - 5 years prison, $250,000 fine, 3 years supervised release., $100 assessment; 26 U.S.C. § 7206(1) - 3 years prison, $250,000 fine, 1 year supervised release, $100 assessment; 26 U.S.C. § 7202 - 5 yrs prison, $250,000 fine, 3 yrs supervised release, $100 assessment | **DEFENDANT - U.S** ▶ MAN YOUNG KIM   **DISTRICT COURT NUMBER** **CR 17 0355 YGR** |
| **PROCEEDING** Name of Complaintant Agency, or Person (& Title, if any) **INTERNAL REVENUE SERVICE**  ☐ person is awaiting trial in another Federal or State Court, give name of court  ☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District  ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. ATTORNEY   ☐ DEFENSE  } SHOW DOCKET NO. _____  ☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO. _____  ☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  Name and Office of Person Furnishing Information on this form ____**BRIAN J. STRETCH**____ ☒ U.S. Attorney  ☐ Other U.S. Agency  Name of Assistant U.S. Attorney (if assigned) _**Cynthia Stier, AUSA, Tax Div.**_ | **DEFENDANT** **IS NOT IN CUSTODY** Has not been arrested, pending outcome this proceeding. 1) ☒ If not detained give date any prior summons was served on above charges ▶_____ 2) ☐ Is a Fugitive 3) ☐ Is on Bail or Release from (show District)  **IS IN CUSTODY** 4) ☐ On this charge 5) ☐ On another conviction  } ☐ Federal ☐ State 6) ☐ Awaiting trial on other charges If answer to (6) is "Yes", show name of institution _____  Has detainer been filed? ☐ Yes  ☒ No  } If "Yes" give date filed _____  **DATE OF ARREST** ▶ Month/Day/Year _____ Or... if Arresting Agency & Warrant were not  **DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____   ☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** | |
| PROCESS:  ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  If Summons, complete following:  ☐ Arraignment  ☐ Initial Appearance  Defendant Address: _____ | Bail Amount: _____  *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment  Date/Time: _____  Before Judge: _____  Comments: |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371 – Conspiracy to Defraud;
26 U.S.C. § 7206(1) – Filing False Returns;
26 U.S.C. § 7206(2) – Aiding or Assisting in Presenting False Tax Returns;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 18 U.S.C. § 371 -5 years prison, $250,000 fine, 3 yrs supervised release, $100 assessment; 26 U.S.C. § 7206(1) -3 years prison, $250,000 fine, 1 yr supervised release, $100 assessment; 26 U.S.C. § 7206(2) -3 years prison, $250,000 fine, 1 year supervised release, $100 assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ KYONG JA KIM aka Angie Kim

DISTRICT COURT NUMBER
CR 17 0355 YGR

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Cynthia Stier, AUSA, Tax Div.

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   ☒ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR 17 0355

MAN YOUNG KIM and
KYONG JA KIM aka Angie Kim

YGR

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 371 – Conspiracy to Defraud;
26 U.S.C. § 7206(1) – Filing False Returns;
26 U.S.C. § 7206(2) – Aiding or Assisting in Presenting False Tax Returns;
26 U.S.C. § 7202 – Willful Failure to Collect or Pay Over Tax

A true bill.

_____Karen Williams_____
Foreman

Filed in open court this __29__ day of __June 2017__.

_____Karen L. Hom_____
Clerk

Laurel Beeler   Bail, $ __no process__
United States Magistrate Judge

BRIAN J. STRETCH (CABN 163973)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAN YOUNG KIM and KYONG JA KIM, aka Angie Kim, <br><br> Defendants. | CR No. 17 0355 <br><br> VIOLATIONS: 18 U.S.C. § 371 – Conspiracy to Defraud; 26 U.S.C. § 7206(1) – Filing False Returns; 26 U.S.C. § 7206(2) – Aiding or Assisting in Presenting False Tax Returns; 26 U.S.C. § 7202 – Willful Failure to Collect or Pay Over Tax <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1. The Internal Revenue Service ("IRS") is an agency of the United States within the Department of Treasury of the United States.

2. (a) The Internal Revenue Code (Title 26 of the United States Code) contains the statutes and laws of the United States concerning, among other things, tax liability.

(b) "Federal Income Tax" refers to the tax due to the United States under the Internal Revenue Code.

//
//

Indictment                              1

1　　　　　　　(c)　　"Employment Tax" refers to those Federal Insurance Contributions Act and income taxes that employers are required to withhold from the wages paid to their employees and to pay to the United States.

3.　　Sushi Boat Oakridge, Inc. ("SBO"), Sushi Boat Valley Fair, Inc. ("SBV"), and Sushi Boat Westgate, Inc. ("SBW"), were sushi restaurants solely owned by Man Young Kim ("Man Kim") and Kyong Ja Kim ("Angie Kim"), husband and wife.

4.　　SBO, SBV, and SBW were corporations located within the Northern District of California at all times relevant to this indictment. SBO, SBV, and SBW elected to file their United States Income Tax Returns (Forms 1120S) for tax years 2006 through 2011 as subchapter S Corporations. As subchapter S Corporations, SBO, SBV, and SBW passed corporate income, losses, deductions, and credits through to their shareholders for federal tax purposes. Shareholders of S corporations report the income and losses on their personal tax returns and are assessed tax at their individual income tax rates.

5.　　Because Man Kim and Angie Kim each owned 50 percent of each restaurant, they held 100 percent of the shares in SBO, SBV and SBW during tax years 2006 through 2011.

6.　　Man Kim and Angie Kim filed joint federal income tax returns (Forms 1040) for 2006 through 2011, inclusive.

COUNT ONE: (18 U.S.C. § 371 – Conspiracy To Defraud The United States)

7.　　Beginning on or about January 1, 2005, the exact date being unknown to the Grand Jury, and continuing to September 21, 2012, defendants,

>　　　　　MAN YOUNG KIM,
>　　　　　KYONG JA KIM, aka Angie Kim,

and others did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree together and with each other and with other individuals both known and unknown to the Grand Jury to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of revenue: to wit, income taxes.

//

Indictment　　　　　　　　　　　　　　　　2

MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT

8. SBO, SBV, and SBW each filed Forms 1120S, United States Income Tax Returns for a subchapter S Corporation, with the IRS for tax years 2006 through 2011, inclusive. Because they were filing as subchapter S Corporations, SBO, SBV, and SBW paid no income tax. As the sole owners of SBO, SBV, and SBW, Man Kim and Angie Kim were required to report their pro-rata share of the corporate income as income on their joint federal income tax returns for the 2006 through 2011 tax years.

9. Angie Kim gave false records to the tax preparer, a certified public accountant, to use in preparing the Forms 1120S for SBO, SBV, and SBW for tax years 2006 through 2011. The records that Angie Kim provided to the tax preparer did not include all sales made by SBO, SBV, and SBW. Specifically, SBO received an additional $1,126,951.36 in gross sales that was not reported on the Forms 1120S for tax years 2006 through 2011; SBV received an additional $1,601,388.54 in gross sales that was not reported on the Forms 1120S for tax years 2006 through 2011; and SBW received an additional $1,500,241.20 in gross sales that was not reported on the Forms 1120S for tax years 2006 through 2011.

10. The failure to report all sales on the Forms 1120S for SBO, SBV, and SBW for tax years 2006 through 2011, resulted in an underreporting of the ordinary business income on the Forms 1120S.

11. Because the income reported on the Forms 1120S for SBO, SBV, and SBW for tax years 2006 through 2011, was underreported, Man Kim and Angie Kim's joint federal income tax returns (Forms 1040) likewise underreported the income from S corporations received for tax years 2006 through 2011.

OVERT ACTS

In furtherance of the conspiracy to defraud, and to effect the objects thereof, the following overt acts were committed in the Northern District of California and elsewhere:

12. On or about June 27, 2011, during the IRS civil tax audit of the 2008, 2009, and 2010 Forms 1120S for SBO, SBV, and SBW, defendants made the following false statements to the IRS agent:

Indictment                                     3

   (a) Angie Kim told IRS Revenue Agent Aginam ("RA Aginam") that all Point of Sale ("POS") computer system data for SBO, SBW, and SBV, which records the prior day's sales data, is automatically erased at the end of each day.

   (b) Man Kim and Angie Kim told RA Aginam that no information had been deleted and that no maintenance had been performed on the POS computer systems since their installation at SBO, SBW, and SBV.

   (c) Man Kim and Angie Kim told RA Aginam that they were unaware the POS computer system at SBO, SBW, and SBV could record daily sales totals, they never used these POS computer systems to record daily sales totals, and they did not know how to use the POS computer system to record daily sales totals.

   (d) Man Kim told RA Aginam that he kept business records at his residence but no records of daily sales totals from SBO, SBW, and/or SBV.

   (e) Man Kim and Angie Kim told RA Aginam that they used cash from cash sales at SBO, SBW, and SBV to pay employee tips then deposited the remaining cash into the business bank accounts for SBO, SBW, and SBV.

   (f) Man Kim told RA Aginam that they had provided monthly sales reports for SBO, SBW, and SBV to their return preparer to prepare the Forms 1120S for SBO, SBW, and SBV.

  13. Angie Kim provided the tax preparer with bank statements so that he could compute and report the gross sales on the Forms 1120S filed with the IRS. Angie Kim told the tax preparer that no cash had been deposited into the corporations' bank accounts because cash sales were insignificant and used to pay tips on credit card purchases.

  14. Man Kim and Angie Kim maintained a set of books that recorded daily reconciliations and profit and loss statements for SBO, SBW, and SBV for tax years 2006 through 2011, inclusive.

  15. After receiving notice of the civil tax audit, in or around June 2011, Angie Kim hired a computer consultant to delete all cash sales from the POS computer system at SBO. Angie Kim told the computer consultant to tell the IRS that he had worked on the computers at SBO because they were running slowly.

//

Indictment            4

16. In or around July or August 2011, Angie Kim hired another computer consultant to delete all cash sales from the POS computer system at SBW and SBV.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO THROUGH FOUR: (26 U.S.C. § 7206(1) – Filing False Tax Return)

17. On the dates set forth below, within the Northern District of California, defendant,

MAN YOUNG KIM,

did willfully and knowingly make and subscribe a United States Income Tax Returns for an S Corporation (Form 1120S) for the entities and for the tax years described below, each of which was filed with the Internal Revenue Service and verified by the defendant in a written declaration that it was made under penalties of perjury, which defendant did not believe to be true and correct as to every material matter in that said Forms 1120S reported ordinary business income as outlined below whereas defendant knew and believed that the ordinary business income for each tax year for each business was in excess of that reported on the Form 1120S for that tax year.

Sushi Boat Oakridge, Inc. (SBO)

| Count | Fiscal Year | Date Return Filed | Amount of Reported Ordinary Business Income |
|---|---|---|---|
| 2 | 2011 | 9/21/2012 | $ - 6,211 |

Sushi Boat Valley Fair, Inc. (SBV)

| Count | Fiscal Year | Date Return Filed | Amount of Reported Ordinary Business Income |
|---|---|---|---|
| 3 | 2011 | 9/21/2012 | $ 70,095 |

Sushi Boat Westgate (SBW)

| Count | Fiscal Year | Date Return Filed | Amount of Reported Ordinary Business Income |
|---|---|---|---|
| 4 | 2011 | 9/21/2012 | $ 95,902 |

Each in violation of Title 26, United States Code, Section 7206(1).

//
//
//

Indictment                                    5

COUNTS FIVE THROUGH SEVEN: (26 U.S.C. § 7206(2) – Aiding and Assisting in Preparation of False Tax Returns)

18. On the dates set forth below, in the Northern District of California, defendant,

KYONG JA KIM,

did willfully aid, assist in, procure, counsel, and advise, the preparation and presentation to the Internal Revenue Service of false and fraudulent United States Income Tax Returns for an S Corporation (Form 1120S) for the entities and for the tax years described below, which omitted material information concerning the gross sales reported on the return, in that on line 1(a) of each of the Forms 1120S, the defendant reported gross sales in the amounts set forth below when the defendant knew that the gross sales for SBO, SBV, and SBW was in excess of the amount reported.

Sushi Boat Oakridge, Inc. (SBO)

| Count | Fiscal Year | Date Return Filed | Amount of Gross Sales Reported |
|---|---|---|---|
| 5 | 2011 | 9/21/2012 | $ 467,671 |

Sushi Boat Valley Fair, Inc. (SBV)

| Count | Fiscal Year | Date Return Filed | Amount of Gross Sales Reported |
|---|---|---|---|
| 6 | 2011 | 9/21/2012 | $ 1,056,556 |

Sushi Boat Westgate (SBW)

| Count | Fiscal Year | Date Return Filed | Amount of Gross Sales Reported |
|---|---|---|---|
| 7 | 2011 | 9/21/2012 | $ 980,986 |

Each in violation of Title 26, United States Code, Section 7206(2).

COUNT EIGHT: (26 U.S.C. § 7206(1) – Filing False Tax Return)

19. On October 12, 2012, in the Northern District of California, defendant,

KYONG JA KIM,

did willfully make and subscribe a false and fraudulent United States Joint Individual Income Tax Return (Form 1040) for the 2011 tax year, which was verified by a written declaration that it was made

Indictment                                6

under the penalties of perjury, and which she did not believe to be true and correct as to every material matter in that it represented on line 17 that income from rental real estate, royalties, partnerships, S corporations and trusts was $155,286, when defendant knew that the income received from SBO, SBV and SBW was in excess of the amount reported.

All in violation of Title 26, United States Code, Section 7206(1).

COUNTS NINE THROUGH ELEVEN: (26 U.S.C. § 7202 – Willful Failure to Truthfully Account For and Pay Over Taxes)

20. On the dates set forth below, within the Northern District of California, defendant,

MAN YOUNG KIM,

as an owner and corporate officer in charge and responsible person for SBO, who was required by the tax laws of the United States to collect, account for, and pay to the Internal Revenue Service, federal income taxes and Federal Insurance Contribution Act Taxes from the total taxable wages of employees of SBO, did willfully fail to truthfully collect, account for, and pay to the Internal Revenue Service federal income taxes withheld and Federal Insurance Contributions Act taxes due and owing to the United States of America for the second quarter of 2011 through the fourth quarter of 2011, with each calendar quarter constituting a separate count of this Indictment, as follows:

| Count | Period | Date Return Filed | Employee Portion of Unpaid Trust Fund Taxes |
|---|---|---|---|
| 9 | Q2 2011 | 7/31/2011 | $3,879.06 |
| 10 | Q3 2011 | 10/31/2011 | $2,236.53 |
| 11 | Q4 2011 | 1/31/2012 | $1,855.24 |

Each in violation of Title 26, United States Code, Section 7202.

COUNTS TWELVE THROUGH FOURTEEN: (26 U.S.C. § 7202 – Willful Failure to Truthfully Account For and Pay Over Taxes)

21. On the dates set forth below, within the Northern District of California, defendant,

MAN YOUNG KIM,

as an owner and corporate officer in charge and responsible person for SBV, who was required by the tax laws of the United States to collect, account for, and pay to the Internal Revenue Service, federal

Indictment                                              7

income taxes and Federal Insurance Contribution Act Taxes from the total taxable wages of employees of SBV, did willfully fail to truthfully collect, account for, and pay to the Internal Revenue Service federal income taxes withheld and Federal Insurance Contributions Act taxes due and owing to the United States of America for the second quarter of 2011 through the fourth quarter of 2011, with each calendar quarter constituting a separate count of this Indictment, as follows:

| Count | Period  | Date Return Filed | Employee Portion of Unpaid Trust Fund Taxes |
|-------|---------|-------------------|---------------------------------------------|
| 12    | Q2 2011 | 7/31/2011         | $10,353.88                                  |
| 13    | Q3 2011 | 10/31/2011        | $9,952.97                                   |
| 14    | Q4 2011 | 1/31/2012         | $7,862.03                                   |

Each in violation of Title 26, United States Code, Section 7202.

COUNTS FIFTEEN THROUGH SEVENTEEN: (26 U.S.C. § 7202 – Willful Failure to Truthfully Account For and Pay Over Taxes)

22.   On the dates set forth below, within the Northern District of California, defendant,

MAN YOUNG KIM,

as an owner and corporate officer in charge and responsible person for SBW, who was required by the tax laws of the United States to collect, account for, and pay to the Internal Revenue Service, federal income taxes and Federal Insurance Contribution Act Taxes from the total taxable wages of employees of SBW, did willfully fail to truthfully collect, account for, and pay to the Internal Revenue Service federal income taxes withheld and Federal Insurance Contributions Act taxes due and owing to the United States of America for the second quarter of 2011 through the fourth quarter of 2011, with each calendar quarter constituting a separate count of this Indictment, as follows:

| Count | Period  | Date Return Filed | Employee Portion of Unpaid Trust Fund Taxes |
|-------|---------|-------------------|---------------------------------------------|
| 15    | Q2 2011 | 7/31/2011         | $7,036.93                                   |
| 16    | Q3 2011 | 10/31/2011        | $7,868.16                                   |
| 17    | Q4 2011 | 1/31/2012         | $7,862.03                                   |

//
//
//

Indictment                                                     8

Each in violation of Title 26, United States Code, Section 7202.

Dated:

6/29/17

A True Bill

*Karen Williams*
FOREPERSON

BRIAN J. STRETCH
United States Attorney

*Barbara Valliere*
BARBARA J. VALLIERE
Assistant United States Attorney
Chief, Criminal Division

Approved as to Form

*Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Tax Division

Indictment                              9